IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-03398-MSK-KLM

DAVID KAISER,

    Plaintiff,

v.

LIGHTHOUSE RECOVERY ASSOCIATES, LLC.,

    Defendant.

## DEFAULT JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 55 (b) and 58(a), the following Default Judgment is hereby entered.

Pursuant to the Electronic Text-Only Order filed on December 7, 2012, adopting the Recommendation issued by the Magistrate Judge (**Doc. #12**) to grant in part Plaintiff's Motion for Default Judgment, it is

ORDERED that the Recommendation of Magistrate Judge Mix (**Doc. #12**) is **ADOPTED** and default judgment is entered in favor of Plaintiff and against the Defendant in the amounts of $1,000.00 in statutory damages and $1,500.00 in attorneys fees plus taxable costs, and the case is closed.. It is further

ORDERED that regarding Plaintiff's costs, they are to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 11th day of December, 2012.

                ENTERED FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By: s/Edward P. Butler
                Edward P. Butler
                Deputy Clerk